Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

Attorneys for Plaintiff
IDS PROPERTY & CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MARK BERKOWITZ,<br><br>    Defendant. | **CASE NO: 2:16-cv-01768-JAD-GWF**<br><br>**STIPULATION FOR DISMISSAL** |

    COMES NOW, Plaintiff IDS PROPERTY & CASUALTY INSURANCE COMPANY (hereinafter "Plaintiff"), by and through its attorney of record, Thomas Friedman, of BROWN, BONN & FRIEDMAN, LLP, and Defendant, MARK BERKOWITZ, by and through his attorney, Brian M. Boyer, Esq., of the law firm of BERNSTEIN & POISSON pursuant to Fed. R. Civ. P. 23 (e), 23.1(c), 23.3 and 66 the parties hereby agrees to stipulate to dismiss Defendant, MARK BERKOWITZ with prejudice, each party to bear their own attorney's fees and costs.

//
//
//
//
//

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

Dated:   November 30, 2016

**BROWN, BONN & FRIEDMAN**

/s/ Thomas Friedman, Esq.
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
Attorneys for Plaintiff
IDS PROPERTY & CASUALTY INSURANCE


Dated: November 30, 2016

**BERNSTEIN & POISSON**

/s/ Brian M. Boyer, Esq.
BERNSTEIN & POISSON
320 S. Jones Blvd.
Las Vegas, NV 89107
Attorneys for Defendant
MARK BERKOWITZ

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: December 1, 2016.

_____
UNITED STATES DISTRICT JUDGE